George L. PRATT and Others, Claimants, Respondents, v. STATE of New York, Appellant. (Supreme Court, Appellate Division, Third Department. January, 1916.) Determination unanimously affirmed with costs.

PROGRESSIVE CONSTRUCTION & LEASING CO. v. Reginald H. SAYRE. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied. Order filed.

In the Matter of the Application of the PUBLIC SERVICE COMMISSION, etc., Bushwick Station, East New York Route (Route No. 59). (Supreme Court, Appellate Division, Second Department. February, 1916.) J. Gratton MacMahon, Esq., Isaac W. Jacobson, Esq., and Edward F. Linton, Esq., appointed commissioners.

In the Matter of Abraham PULIS and another. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Mary K. PUTNAM, applt., v. Caroline C. PUTNAM and one, as adm'rs, etc., respts. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Judgment affirmed, with costs. All concur.

In the matter of the judicial settlement of the accounts of Walter RADFORD, as administrator, etc., of Lewis Radford, deceased. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Decree of the Surrogate's Court of Westchester County affirmed, with costs to the respondent, payable out of the estate. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Herman RAKOV, applt., v. BANKERS LIFE INS. CO. OF NEW YORK CITY, respt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) It appearing that there are not four justices qualified to sit in this appeal, the same is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

In the Matter of the Estate of George RALPH, deceased. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order (91 Misc. Rep. 373, 155 N. Y. Supp. 147) affirmed with costs to the respondent, payable out of the estate. All concur, except Foote, J., who dissents upon the ground that the petitioner has no interest in the estate.

Benjamin M. RASTALL, respt., v. Lewis D. SAMPSON, applt. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Judgment and order unanimously affirmed, with costs, with usual leave to defendant, within 20 days, to withdraw demurrer and answer, upon payment of costs in this court and at Special Term.

Terrace REDDIN, appellant. v. ADAMS LAUNDRY MACHINERY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Application granted.

. Berthold REESE v. FIDELITY & DEPOSIT CO. OF MARYLAND. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied, with $10 costs. Order signed.

Elizabeth REICH v. E. W. BLISS BUILDINGS, Inc. (Supreme Court, Appellate Division, First Department. February, 1916.) Motion denied, without costs. Memorandum per curiam.

Minnie REICH, as Admx., v. Simon SCHNUR. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Edward F. REIS, as adm'r, etc., respt., v. INTERNATIONAL RY. CO., impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Judgment and order affirmed, with costs. All concur.

Sigmund REISS, appellant, v. USONA SHIRT COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied, with $10 costs.

Bolslaw REMPKOWSKI, appellant, v. Peter GRZMOCINSKI and Florence Grzmocinski, respondents. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Application denied, with $10 costs.

Pincus RESSLER as trustee, etc., Respt., v. Leopold BRONFMAN, impld., Applt. SAME v. Isaac A. BENEQUIT, impld. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Orders reversed, with $10 costs and disbursements, and motions granted to extent stated in orders. No opinion. Orders filed.

Albert J. REXIN, applt., v. Herman MILLER, respt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the complaint should be construed as sufficiently alleging a cause of action for conversion. All concur, except Kruse, P. J., and Merrell, J., who dissent.

In the matter of the claim of Mary RHEINWALD for compensation for the death of Robert Rheinwald, respt., v. BUILDERS' BRICK & SUPPLY COMPANY, employer. and Fidelity & Deposit Company of Maryland, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. September